# EXHIBIT C

## Judgment Details

Print  Close

**Judgment Summary:** DJ 128383 17 - KEISTER VS PARMAR ET AL

Judgment Amount: **$93000000.00**  Judgment Status: **Open**  Status Date: **08/02/2017**

**Debt Information:**

Debt Amount: $ **93000000.00**  Debt Status: **Open**  Party Debt Status: **Open**  Party Debt Status Date: **08/02/2017**

**Party Information:** PARMAR, PARMJIT S

Role: **DEBTOR**  Alternate Name(s): **PAUL PARMAR**  Self Represented: **N**  Birth Date: **-**

Address: **19 COLTS GAIT LANE**  Phone: **-**  Attorney Name:
**COLTS NECK NJ 00000-7722**

**Guardian Information:** ,

Address: **-**  Affiliation Code:   Appointment Date: **-**  Req. Bond Amount: $ **0.00**  Bond Received Indicator: