**From:** Truc To <Truc.To@constellationhealthgroup.com>
**Date:** October 4, 2017 at 11:13:55 AM EDT
**To:** "jhoffman@windelsmarx.com" <jhoffman@windelsmarx.com>
**Subject: FW: Wiring Instructions**

Jeffrey

Please understand what this relates to?
Paul is out of pocket

Sent from Mail for Windows 10

**From:** Hoffman, Jeffrey C.
**Sent:** Wednesday, October 4, 2017 10:58 AM
**To:** Paul Parmar
**Subject:** Wiring Instructions

Jeffrey C. Hoffman
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street, New York, New York
10019
Direct Dial: 212.237.1018 | General Fax:
212.262.1215
jhoffman@windelsmarx.com |
www.windelsmarx.com



This message is sent by a law firm and may contain information that is privileged or confidential. If you received this transmission in error, regardless of whether you are a named recipient, please notify the sender by reply e-mail and delete the message and any attachments.