CRAIG CARPENITO
United States Attorney
By: SARAH DEVLIN
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, New Jersey 07102
Tel: (973) 645-2740
sarah.devlin3@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERCIA, | : | Hon. Brian R. Martinotti, U.S.D.J. |
| Plaintiff, | : | Civil Action No. 18-9293 |
| v. | : | UNITED STATES OF AMERICA'S NOTICE OF SERVICE OF SPECIAL INTERROGATORIES |
| THE REAL PROPERTIES KNOWN AS | : | |
| 50 RIVERSIDE BOULEVARD, UNIT 21B, NEW YORK, NEW YORK; | : | |
| 2 RIVER TERRACE, UNIT 12J, NEW YORK, NEW YORK; | : | |
| 40 BROAD STREET, UNIT 20FG, NEW YORK, NEW YORK; AND | : | |
| 18 AND 19 COLTS GAIT LANE, COLTS NECK, NEW JERSEY, | : | |
| Defendants *in rem.* | : | |

**TO:** Timothy Charles Parlatore, Esq.
Parlatore Law Group
221 River Street 9th Floor
Hoboken, New Jersey 07030

Pursuant to Rule 5.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey, notice is hereby given that, on the date entered below, I served special interrogatories on Claimants Paul Parmar, 21B One River Park, LLC, 2 River Terrace Apartment 12J, LLC, and Dioskouroi

Kastor Polydeuces, LLC, through their attorney Timothy Charles Parlatore, Parlatore Law Group, 221 River Street 9th Floor, Hoboken, New Jersey 07030. *See* L. Civ.R. 5.1(b).  The United States has elected to exercise its right to proceed with special interrogatories before responding to Parmar's motion to dismiss.  *See* Rule G(6)(a) and Rule G(6)(c) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

        CRAIG CARPENITO
        United States Attorney

        s/ *Sarah Devlin*

By:   SARAH DEVLIN
       Assistant United States Attorney

Date: September 14, 2018

## CERTIFICATE OF SERVICE

I hereby certify that, on September 14, 2018, I filed the foregoing Notice of Service of Special Interrogatories with the Clerk of Court using the ECF system, which sent notification to counsel of record for Paul Parmar, 21B One River Park, LLC, 2 River Terrace Apartment 12J, LLC, and Dioskouroi Kastor Polydeuces, LLC.

By:   *s/ Sarah Devlin*
       SARAH DEVLIN
       Assistant United States Attorney