UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,          **Docket No.: 18-CV-9293-BRM-TJB**

  -against-

THE REAL PROPERTIES KNOWN AS

50 RIVERSIDE BOULEVARD, UNIT 21B
NEW YORK, NEW YORK ;

2 RIVER TERRACE, UNIT 12J         **NOTICE OF MOTION**
NEW YORK, NEW YORK;

40 BROAD STREET, UNIT 20FG
NEW YORK, NEW YORK ; and

18 AND 19 COLTS GAIT LANE
COLTS NECK, NEW JERSEY

                Defendants *in rem*.
-------------------------------------------------X

      PLEASE TAKE NOTICE, that upon the annexed Memorandum of Law, the Petitioners, Paul Parmar, 21B One River Park, LLC, 2 River Terrace Apartment 12J, LLC, and Dioskouroi Kastor Polydeuces, LLC, shall move the Court, at a time and date to be set by the Court, for an order:

1. Pursuant to Fed.R.Civ.P. 12(b)(6), dismissing the Complaint for failure to state a cause of action;

2. Sanctioning Plaintiff for their knowing use of unlawfully obtained stored electronic communications and communications protected by the attorney-client privilege by dismissing the case, precluding any use of the stolen emails, and disqualification of counsel; and

3. Such other and further relief as the Court deems appropriate.

Respectfully submitted,

Timothy C. Parlatore, Esq.
*Counsel for Defendant Paul Parmar*
One World Trade Center, Suite 8500
New York, NY 10007
212-679-6312
212-202-4787 Facsimile
timothy.parlatore@parlatorelawgroup.com