

**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

_____

*970 Broad Street, 7th floor*           973-645-2700
*Newark, New Jersey 07102*

April 20, 2020

<u>*Electronically Filed*</u>

Honorable Leda D. Wettre
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:   *United States v. 50 Riverside Boulevard*, et al.,
             Civil Action No. 18-9293

Dear Judge Wettre:

     The United States writes to request an extension of time to file a response to claimant Paul Parmar's motion to dismiss. The government's response is currently due on April 20, 2020. The government respectfully requests that its time to file a second amended complaint be extended for a period of 21 days to May 11, 2020. Claimant's counsel has consented to the government's proposed 21-day extension.

The United States represents that:

1. There have been no prior extensions of the United States' time to file a response;

2. The original deadline imposed by the Court has not previously been extended or adjourned;

3. The United States' time to file a response has not yet expired; and

4. With this extension the United States' response will be due on May 11, 2020.

     Thank you for your consideration of this request.

Respectfully yours,

CRAIG CARPENITO
United States Attorney

s/ *Sarah Devlin*

By:  SARAH DEVLIN
Assistant U.S. Attorney

SO ORDERED.

Dated:

_____
LEDA DUNN WETTRE, U.S.M.J.
UNITED STATES DISTRICT COURT

Cc: All Counsel (via ECF)